**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-42199-JBS |
| | § | |
| SAMANTHA M MCCORMICK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/28/2012, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   05/31/2012                    By:   /s/ David P. Leibowitz
                                                   (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-42199-JBS
§
SAMANTHA M MCCORMICK §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,490.00
*and approved disbursements of* $924.93
*leaving a balance on hand of[1]:* $3,565.07

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,565.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $891.85 | $0.00 | $891.85 |
| David P. Leibowitz, Trustee Expenses | $2.10 | $0.00 | $2.10 |

Total to be paid for chapter 7 administrative expenses: $893.95
Remaining balance: $2,671.12

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $2,671.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $2,671.12

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,316.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 80.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $1,111.19 | $0.00 | $894.93 |
| 2 | Midland Credit Management, Inc./Credit One Bank , N.A. | $1,445.93 | $0.00 | $1,164.51 |
| 3 | Global Acceptance Credit Co Assignee of: Columbus Bank and Trust | $759.50 | $0.00 | $611.68 |

Total to be paid to timely general unsecured claims: $2,671.12
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Samantha M McCormick
    Debtor

Case No. 11-42199-JBS
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: cgreen | Page 1 of 2 | Date Rcvd: Jun 01, 2012 |
|---|---|---|---|
| | Form ID: pdf006 | Total Noticed: 27 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2012.
```
db          +Samantha M McCormick,   3342 W. 19th St.,   Unit 2E,   Chicago, IL 60623-3092
17938872   ++ASPEN NATIONAL COLLECTIONS,   PO BOX 10689,   BROOKSVILLE FL 34603-0689
             (address filed with court: Aspen National Collection,   18110 Powell Rd,   Brooksville FL  34604)
17938870    +AT&T,   PO Box 5093,   Carol Stream IL 60197-5093
17938871     AT&T,   PO Box,   Carol Stream IL  60197
17938862    +Capital One,   PO Box 30281,   Salt Lake City UT 84130-0281
18255049     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
17938879     Columbia House,   PO Box 91601,   Rantoul IL  61866-8601
17938877     Columbus Bank & Trust,   Building 2650 Dixie Rd,   Ft Banning GA  31905
17938861    +Cook Law Magistrate,   50 W Washington Rm 1001,   Chicago IL 60602-1316
17938863    +Credit One Bank,   PO Box 98873,   Las Vegas NV 89193-8873
17938865     Global Acceptance,   5850 W 1-20,   Arlington TX  76017
18457766     Global Acceptance Credit Co,   Assignee of: Columbus Bank and Trust,   P.O. Box 172800,
             Arlington, TX  76003-2800
17938874    +Kevin J Kawa,   Government Employees,   200 W Adams,   Chicago IL 60606-5230
17938866    +Lando Resorts Corp,   3015 N Ocean BLVD Ste 121,   Fort Lauderdale FL 33308-7344
18043662    +People's Gas,   Chicago, IL 60687-0001
17938875    +Pinnacle Financial,   7825 Washington Ave,   Minneapolis MN 55439-2411
17938878    +Progressive Ins Co,   6300 Wilson Mill Rd,   Mayfield Village OH 44143-2182
17936375    +Santander Consumer,   8585 N. Stemmons FWY,   Ste. 1000,   Dallas,TX 75247-3822
17938876     T Mobile,   12920 SE 28th St,   Bellevue WA  98006
17938869    +West Asset Management,   2703 N Highway 75,   Sherman TX 75090-2567
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17938880    +E-mail/Text: legalcollections@comed.com Jun 02 2012 05:05:00      ComEd,   PO Box 6111,
             Carol Stream IL 60197-6111
17938873    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 02 2012 05:08:06      Credit Collection,
             PO Box 9134,   Needham MA 02494-9134
17938881    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 02 2012 05:08:06
             Credit Collection Services,   PO Box 9134,   Needham MA 02494-9134
17938864    +E-mail/Text: bknotice@erccollections.com Jun 02 2012 06:58:24      Enhanced Recovery,
             8014 Bayberry Rd,   Jacksonville FL 32256-7412
18290475    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2012 04:35:31      Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
17938867    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2012 04:35:31      Midland Credit Mgmt,   8875 Aero Dr,
             San Diego CA 92123-2255
17938868    +E-mail/Text: BK@nationalcreditsolutions.net Jun 02 2012 05:48:29      National Credit Solutions,
             PO Box 15779,   Oklahoma City OK 73155-5779
                                                                                               TOTAL: 7
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2012**        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: cgreen              Page 2 of 2           Date Rcvd: Jun 01, 2012
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                               TOTAL: 2